AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Logan David Patterson and Dominick Frank Cardoza ) ) ) ) ) | 25-3286-JDH |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/1/2025__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 371 | conspiracy to damage, by means of fire or an explosive, a building owned or possessed by, or leased to, an institution or organization receiving Federal financial assistance, and used in interstate commerce or in any activity affecting interstate commerce |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Erin O'Brien

☑ Continued on the attached sheet.

*Edna O'Brien (by JDH)*
Complainant's signature

Special Agent Erin O'Brien, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/04/2025

*Jessica Hedges*
Judge's signature

City and state: Boston, Massachusetts

Jessica D. Hedges
Printed name and title