&#x270D;JS 45  (5/97) - (Revised U.S.D.C. MA 9/29/2023)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** II          **Investigating Agency** Federal Bureau of Investigation

**City** _____          **Related Case Information:**

**County** _____          Superseding Ind./ Inf. _____ Case No. 25-3286-JDH

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  25-mj-3265-JDH through 25-mj-3269-JDH

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name  Logan David Patterson          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 2007     SSN (last 4#): 9239    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____          Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  David Holcomb          Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:** _____

**Arrest Date:** _____

☑ Already in Federal Custody as of   11/4/2025          in  Boston          .
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____     on _____

**Charging Document:**   ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/4/2025          Signature of AUSA: */s/ David M. Holcomb*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

---

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | conspiracy to damage, by means of fire or an explosive, a building owned or possessed by, or leased to, an institution or organization receiving Federal financial assistance, and used in interstate commerce or in any activity affecting interstate commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013